**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Prudent American Technologies, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**    8  3  –  1  2  4  6  7  3  2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9203 Moss Farm Ln. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Dallas          TX    75243 | |
| City          State    ZIP Code | City          State    ZIP Code |
| Dallas | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City          State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __**Prudent American Technologies, Inc.**_____   Case number (if known) _____

**7. Describe debtor's business**

    *A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

    *B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  *Check all that apply:*

        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        - ☐ A plan is being filed with this petition.

        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Prudent American Technologies, Inc.**                                    Case number (if known) _____

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____    When _____    Case number _____
                                   MM / DD / YYYY

District _____    When _____    Case number _____
                            MM / DD / YYYY

District _____    When _____    Case number _____
                            MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____
                            MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
                            MM / DD / YYYY

Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                             Number    Street

_____

_____    _____
City               State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

Debtor **Prudent American Technologies, Inc.** _____    Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/13/2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Jay Rigby**
Printed name

**Interim President & CEO**
Title

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Prudent American Technologies, Inc.** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cadence Bank 1333 West Loop South Houston, TX 77027 | | | | $8,957,047.18 | $0.00 | $8,957,047.18 |
| 2 | P&S Products 2407 Mackinwood Drive Lexington, KY 40510 | | | | $1,795,031.40 | $0.00 | $1,795,031.40 |
| 3 | Makino, Inc. 7680 Innovation Way Mason, OH 45040 | | | | $1,662,666.61 | $0.00 | $1,662,666.61 |
| 4 | Terrence McCall 716 Oak Street, NE Decatur, AL 35601 | | | | $425,868.60 | $0.00 | $425,868.60 |
| 5 | Manufacturers Capital 525 N. Tryon Street Suite 1000 Charlotte, NC 28202 | | | | $400,302.94 | $0.00 | $400,302.94 |

Debtor    **Prudent American Technologies, Inc.**_____    Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  P6 PRODUCTS, LLC 150 SANDY BEACH LN. McDANIELS, KY 40152 | | | | | | $299,561.76 |
| 7  DAMAGE INDUSTRIES P.O. BOX 1534 GRANGER, IN 46530 | | | | | | $188,508.77 |
| 8  CHAUTAUQUA PRECISION MACHINING 1287 HUNT ROAD ASHVILLE, NY 14710 | | | | | | $183,920.71 |
| 9  BELL NUNNALLY ATTORNEYS AND COUNSELORS 2323 ROSS AVENUE, SUITE 1900 DALLAS, TX 75201 | | | | | | $162,010.56 |
| 10  A- LINE TOOL AND DIE 4158 RESERVOIR AVENUE LOUISVILLE, KY 40213 | | | | | | $160,033.36 |
| 11  KAEPER MACHINE, INC 8680 TWINBROOK RD MENTOR, OH 44060 | | | | | | $121,258.70 |
| 12  GREYSTONE INC. P.O. BOX 983122 BOSTON, MA 02298-3122 | | | | | | $110,330.84 |
| 13  BRASS ALUMINUM FORGING ENTERPRISES, LLC. 965 WANDA ST. FERNDALE, MI 48220 | | | | | | $86,849.50 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor    **Prudent American Technologies, Inc.** _____    Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Thunderbird Manufacturing 1501 OAKTON ST. ELK GROVE VILLAGE, IL 60007 | | | | | | $78,452.80 |
| 15 Formerra PO Box 223554 PITTSBURGH, PA 15251-2554 | | | | | | $76,832.39 |
| 16 HW Chair Ltd. 6791 County Road 77 MILLERSBURG, OH 44654 | | | | | | $69,976.02 |
| 17 KAK Industry, LLC 2241 Celsius Ave. Unit C OXNARD, CA 93030 | | | | | | $67,151.27 |
| 18 XTJ Prototyping Room 403, U+ Development Center Gushu 1rd, Bao'an District SHENZEN CITY, CHINA | | | | | | $57,750.00 |
| 19 EARLE M. JORGENSEN COMPANY P.O. BOX 951434 DALLAS, TX 75395-1434 | | | | | | $57,719.35 |
| 20 K&S Machining 117 Jetplex Circle Unit C11 MADISON, AL 35758 | | | | | | $51,394.75 |

Debtor  **Prudent American Technologies, Inc.**                          Case number (if known) _____

**18.  Signature of attorney**          X  */s/ Howard Marc Spector*                    Date  *10/17/23*
                                           Signature of attorney for debtor                  MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number        Street

**Suite 850**

**Dallas**                                    **TX**      **75251**
City                                          State       ZIP Code

**(214) 365-5377**                            **hms7@cornell.edu**
Contact phone                                 Email address

**00785023**                                  **TX**
Bar number                                    State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | § | |
|---|---|---|
| IN RE: | § | |
| **Prudent American Technologies, Inc.** | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter ___**11**___ |

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company] --*
     I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: _**10/13/23**_      _____
                    Jay Rigby
                    Interim President & CEO
                    **Complete EIN: _83-1246732_____**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _**10/17/23**_____      /s/ Howard Marc Spector_____
                                      Howard Marc Spector, Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Prudent American Technologies, Inc.**

CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____10/13/23____

Signature _____
Jay Rigby
Interim President & CEO

Date _____

Signature _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___**11**___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Prudent American Technologies, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _8_ _3_ – _1_ _2_ _4_ _6_ _7_ _3_ _2_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9203 Moss Farm Ln.**<br>Number     Street | Number     Street |
| | P.O. Box |
| **Dallas**          **TX**    **75243**<br>City          State    ZIP Code | City          State    ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number     Street |
| | City          State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Prudent American Technologies, Inc.** _____   Case number (if known) _____

| 7. | Describe debtor's business |
|---|---|

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Prudent American Technologies, Inc.** _____  Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____  When _____  Case number _____
                                                  MM / DD / YYYY

           District _____  When _____  Case number _____
                                                  MM / DD / YYYY

           District _____  When _____  Case number _____
                                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____  Relationship _____

           District _____  When _____
                                                MM / DD / YYYY

           Case number, if known _____

           Debtor _____  Relationship _____

           District _____  When _____
                                                MM / DD / YYYY

           Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

           **Why does the property need immediate attention?**      *(Check all that apply.)*

           ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
             What is the hazard? _____

           ☐ It needs to be physically secured or protected from the weather.

           ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

           ☐ Other _____

           **Where is the property?**  _____
                                       Number    Street

                                       _____

                                       _____
                                       City                          State    ZIP Code

           **Is the property insured?**

           ☐ No
           ☐ Yes.  Insurance agency _____

                   Contact name _____

                   Phone _____

Debtor   **Prudent American Technologies, Inc.**                              Case number (if known) _____

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
MM / DD / YYYY

X  _____
Signature of authorized representative of debtor

**Jay Rigby**
Printed name

**Interim President & CEO**
Title

Debtor   **Prudent American Technologies, Inc.** _____   Case number (if known) _____

**18. Signature of attorney**        **X** _____   Date _____
                                     Signature of attorney for debtor                MM / DD / YYYY

                                     **Howard Marc Spector** _____
                                     Printed name
                                     **Howard Marc Spector, P.C.** _____
                                     Firm name
                                     **5910 North Central Expressway** _____
                                     Number      Street
                                     **Suite 200** _____

                                     **Dallas** _____   **TX**   **75206** _____
                                     City                                 State     ZIP Code

                                     **(214) 365-5377** _____   **hms7@cornell.edu** _____
                                     Contact phone                        Email address
                                     **00785023** _____   **TX** _____
                                     Bar number                           State

A- LINE TOOL AND DIE
4158 RESERVOIR AVENUE
LOUISVILLE, KY 40213


A.M. CASTLE & CO./CASTLE METALS
P.O. BOX 844262
BOSTON, MA 02284-4262


AB TOOLS, INC.
1051 AVIATION BLVD.
LINCOLN, CA 95648


Absolute Cutting Tools
805A 7th ST E
POLSON, MT 59860


ACC Business
P.O. Box 105306
ATLANTA, GA 30348-5306


ACME FINISHING CO, LLC
1595 OAKTON STREET
ELK GROVE VILLAGE, IL 60007


Adair Law Firm, LLC
1200 Corporate Dr., Ste 107
BIRMINGHAM, AL 35242


ADHEZION, INCORPORATED
7730 CHILDSDALE AVE NE
ROCKFORD, MI 49341


ADM INDUSTRIES, INC.
3291 WAREHOUSE ROAD
OWENSBORO, KY 42301

Adtec Colorant Corp.
514 N. Great SW Parkway
ARLINGTON, TX 76011


ADVANCED MOLD AND ENGINEERING INC
7980 S INTERNATIONAL DRIVE
COLUMBUS, IN 47201


ADVANCED WITNESS SERIES
910 BERN COURT, SUITE 100
SAN JOSE, CA 95112


AHP AIRHYDROPOWER
P.O. BOX 9001005
LOUISVILLE, KY 40290-1005


AIR GAS
P.O. BOX 734672
DALLAS, TX 75373-4672


AIR HYDRO POWER
2550 BLANKENBAKER PKWY
LOUISVILLE, KY 40299-2467


AIRGAS USA, LLC
P.O. BOX 9249
MARIETTA, GA 30065-2249


Alabama Department of Revenue
Business Privelege Tax Section
PO Box 327431
Montgomery Alabama 36132-7431


ALABAMA TECHNOLOGY NETWORK
P.O. BOX 302130
MONTGOMERY, AL 36130-2130

AMCO POLYMERS
P.O. BOX 935387
ATLANTA, GA 31193-5387


American Metals Inc
228 Marvin Rd
FORT MILL, SC 39707


Applied Products
6035 Baker Rd
MINNETONKA, MN 55345


Asahi Kasei Plastics North America, Inc.
900 E. Van Riper Road
FOWLERVILLE, MI 48836


AUTOMATIC RAIN & FERTILE GROUND
2470 LIBERTY ROAD
LEXINGTON, KY 40509


AV Gage & Fixture South, LLC
1201 Deatsville Road
COXS CREEK, KY 40013


Avient Colorants USA
85 Industrial Drive
HOLDEN, MA 01520


Avient Corporation
33587 Walker Road
AVON LAKE, OH 44012


Axem Distributing, Inc
1424 Gateway Drive
GALLATIN, TN 37066

BAPTIST HEALTH OCCUPATIONAL MEDICINE
P.O. BOX 950243
LOUISVILLE, KY 40295-0243


BARNHART
P.O. BOX 2153, DEPT. 1906
BIRMINGHAM, AL 35287-1906


BARONHR
P.O. BOX 4738
HOUSTON, TX 77210-4738


BATES SECURITY
3166 CUSTER DRIVE
LEXINGTON, KY 40517


BELL NUNNALLY ATTORNEYS AND COUNSELORS
2323 ROSS AVENUE, SUITE 1900
DALLAS, TX 75201


BEYOND PRINT INC.
9341 G COURT
OMAHA, NE 68127


Bloomingburg Spring & Wire Form
P.O Box 158
83 MAIN STREET
BLOOMINGBURG, OH 43106


Blue Grass Mfg
1454 Jingle Bell Lane
LEXINGTON, KY 40509


BOURDON FORGE COMPANY, INC
99 TUTTLE ROAD
MIDDLETOWN, CT 06457

Brace Built
540 Easy Street
DALLAS, TX 75206


BRASS ALUMINUM FORGING ENTERPRISES, LLC.
965 WANDA ST.
FERNDALE, MI 48220


Business Solution Partners
15 Bryant Ave
ROSLYN, NY 11576


BUTLER BROS. INDUSTRIAL SUPPLIERS
P.O. BOX 1375
LEWISTON, ME 04243-1375


Cadence Bank
1333 West Loop South
Houston, TX 77027


Cadence Bank
5950 Sherry Lane, Suite 500
Dallas, TX 75225


Carpenter Technology Corporation
101 West Bern Street
READING, PA 19601


CARR ALLISON
100 VESTAVIA PARKWAY
BIRMINGHAM, AL 35216


CHARDON CUSTOM POLYMERS
373 WASHINGTON STREET
CHARDON, OH 44024

Chase Plastics
6467 Waldon Center Drive
CARKSTON, MI 48346-1584


CHAUTAUQUA PRECISION MACHINING
1287 HUNT ROAD
ASHVILLE, NY 14710


CHEM-AQUA, INC.
23261 NETWORK PLACE
CHICAGO, IL 60673-1232


Chessfight LLC
1665 Prosperity Road
DECORAH, IA 52101


Chiptec, LLC
716 Oak St. NE
Decatur, AL 35601


CHIRON AMERICA
P.O. BOX 60459
CHARLOTTE, NC 28260-0459


CHOICEBOND TECHNOLOGIES
365 RED CEDAR STREET, STE 303
BLUFFTON, SC 29910


CKCS/WELCH PACKAGING
P.O. BOX 856421
MINNEAPOLIS, MN 55485


CLEARVIEW PROF. WINDOW CLEANING
1043 MACKEY PIKE
NICHOLASVILLE, KY 40356

Comfort Systems USA
PO Box 36397
BIRMINGHAM, AL 35236


Commerical Credit Group
525 N. Tryon St, Suite 1000
CHARLOTTE, NC 28202


COMPUTER SERVICE AND SOLUTIONS INC.
431 SOUTH BROADWAY, SUITE 222
LEXINGTON, KY 40508


CONNECTICUT SPRING & STAMPING
Dept.106018
PO 150431
HARTFORD, CT 06115


Conventus Polymers
2001 Route 46, Waterview Blvd #310
PARSIPPANY, NJ 07054


CREAFORM USA INC
2031 MAIN STREET
IRVINE, CA 92614


CREED MONARCH INC.
P.O. BOX 550
NEW BRITAIN, CT 06050-0550


CROSS TECHNOLOGIES INC.
P.O. BOX 746284
ATLANTA, GA 30374-6284


CURTIS PRODUCTS, LLC
70 HALCYON DRIVE
BRISTOL, CT 06010

```
CUSTOM RESINS
P.O. BOX 844301
BOSTON, MA 02284-4301



CUTTING TOOL ENGINEERS
208 COMMERCE PARKWAY
PELHAM, AL 35124-1395



DAMAGE INDUSTRIES
P.O. BOX 1534
GRANGER, IN 46530



Decatur Morgan Occupational Medicine
PO Box 2239
DECATUR, AL 35603



DELONG EQUIPMENT COMPANY
1216 ZONOLITE ROAD
ATLANTA, GA 30306



Destination Print Inc.
2222 Foothill Blvd., Suite E-540
LA CANADA, CA 91011-1456



DIAMOND FASTENERS
20 B COMMERCE DRIVE
HAUPPAUGE, NY 11788



DME COMPANY
PO Box 854867
MINNEAPOLIS, MN 55485-4867



DPM Shop
725 WESTLAND DRIVE
LEXINGTON, KY 40504-1015
```

```
DRAGON RIGHT ENTERPRISE LIMITED TAIWAN B
RM. 1, 4F. NP 29
LN 169 KANGING ST
XIZHI DISTRICT, NEW TAIPEI CITY
TAIPEI CITY, Taiwan 221-92

EAGLE ELASTOMER  INC.
P.O. BOX 72144
CLEVELAND, OH 44192


EAGLE RUBBER PRODUCTS
P.O. BOX 519
ZELIENOPLE, PA 16063


EARLE M. JORGENSEN COMPANY
P.O. BOX 951434
DALLAS, TX 75395-1434


EDCO SUPPLY CORPORATION
323-36TH ST.
BROOKLYN, NY 11232


EDGE TECHNOLOGIES
11600 ADIE ROAD
MARYLAND, MO 63043


EFFICIENT MACHINE PRODUCTS
12133 ALAMEDA DRIVE
STRONGSVILLE, OH 44149


EIDE BAILLY
2355 E. CAMELBACK RD, SUITE 900
PHOENIX, AZ 85016


EMI CORPORATION
P.O. BOX 590
JACKSON CENTER, OH 45334
```

EMI POWER & AUTOMATION INC.
3270 HWY 20 WEST
DECATUR, AL 35602


Exall Legal Advisors, PLLC
3838 Oak Lawn Avenue, Suite 1750
DALLAS, TX 75219


FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55987-1286


Fayette Co. Property
Valuation Administrator
Suite 600
101 E. Vine St.
Lexington, KY 40507

FedEx
PO Box 660481
DALLAS, TX 75266-0481


FILEHOLD SYSTEMS
#250-4664 LOUGHEED HWY
BURNABY, BC V5C 5T5


FINISHING TECHNOLOGY INC.
P.O. BOX 643870
CINCINNATI, OH 45264-3870


FIVE STAR FOOD SERVICE INC
P.O. BOX 733261
DALLAS, TX 75373


FLO-TEC INCORPORATED
13033 FAIRLANE STREET
LIVONIA, MI 48150

FOAM SUPPLIES INC.
PO Box 772978
CHICAGO, IL 60677


FOLEY MACHINERY MOVERS
P.O. BOX 139
PARIS, KY 40362


FORD TOOL AND CARBIDE COMPANY
P.O. BOX 576
BIRMINGHAM, AL 35201


Formerra
PO Box 223554
PITTSBURGH, PA 15251-2554


Forshee Law
100 Crescent Court, Suite 700
DALLAS, TX 75201


FR ENVIRONMENTAL
P.O. BOX 56
FINCHVILLE, KY 40022


FreeFORM Technologies
180 Environmental Drive
SAINT MARYS, PA 15857


FRENCH OIL MILL MACHINERY COMPANY
P.O. BOX 920
PIQUA, OH 45356


GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

GLOBAL MANUFACTURING  SOLUTIONS CO., LIM
BLDG NO. 88
RUNTANG INDUSTRIAL ZONE
GUANLAN,


GRAINGER
DEPT.887151353
PALATINE, IL 60038-0001


GRASSY LAWNS, LLC
206 PONDER WAY
NICHOLASVILLE, KY 40356


GREYSTONE INC.
P.O. BOX 983122
BOSTON, MA 02298-3122


HARDWARE SPECIALTY CO, INC.
48-75 36TH STREET
LONG ISLAND CITY, NY 11101


Hennecke Inc.
1000 Energy Drive
BRIDGEVILLE, PA 15017


Hexagon Manufacturing Intelligence, Inc.
1742 SOLUTIONS CTR.
CHICAGO, IL 60677-1007


HEXPOL COMPOUNDING
P.O. BOX 415000
NASHVILLE, TN 37241-5000


HFT  - HI TECH FASTENERS
PO BOX 517
BUCKEYSTOWN, MD 21717-0517

HILLYARD- KENTUCKY
P.O. BOX 802275
KANSAS CITY, MO 64180-2275


Homeland Environmental Solutions, LLC
421 Walker St
GURLEY, AL 35748


HW Chair Ltd.
6791 County Road 77
MILLERSBURG, OH 44654


IHC INC.
12400 BURT ROAD
DETROIT, MI 48228


IMAGINEERING FINISHING TECHNOLOGIES
1302 W. SAMPLE STREET
SOUTH BEND, IN 46619


IMS COMPANY
P.O. BOX 75799
CLEVELAND, OH 44101-4755


INDUSTRIAL TOOLING & SUPPLY, INC.
3030 Dublin Circle
BESSEMER, AL 35022


INGERSOLL RAND COMPANY
15768 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


Injection Mold, Inc.
134 East O&M Avenue
PO BOX 443
NORTH VERNON, IN 47265

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intertech Mechanical Services
5836 Fern Valley Road
LOUISVILLE, KY 40228


J&T DISTRIBUTING
P.O. BOX 430
WINCHESTER, KY 40392


JH METAL FINISHING INC.
1146 EAST STREET
NEW BRITAIN, CT 06051


JMS RUSSEL METALS CORP
1312 COMMERCE DRIVE N.W.
DECATUR, AL 35601


JOHNSON CONTROL FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320


K&S Machining
117 Jetplex Circle Unit C11
MADISON, AL 35758


KAEPER MACHINE, INC
8680 TWINBROOK RD
MENTOR, OH 44060


KAK Industry, LLC
2241 Celsius Ave. Unit C
OXNARD, CA 93030

Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40602


MACH III, INC.
6640 C.R. 1101
VINEMONT, AL 35179


MAGUIRE PRODUCTS, INC.
11 COZERVILLE ROAD
ASTON, PA 19014


Makino, Inc.
7680 Innovation Way
Mason, OH 45040


Manufacturers Capital
525 N. Tryon Street
Suite 1000
Charlotte, NC 28202


MAX TOOL, INC.
119 B CITATION CT
BIRMINGHAM, AL 35209


MAXI-BLAST INC.
3650 NORTH OLIVE ROAD
SOUTH BEND, IN 46628


MAYER ELECTRIC SUPPLY COMPANY, INC.
P.O. BOX 896537
CHARLOTTE, NC 28289-6537


McDaniel Machinery, Inc
2870 Old Rocky Ridge Road, Ste 105
BIRMINGHAM, AL 35243

McGregor & Associates, Inc.
997 Governors Ln, Suite 175
LEXINGTON, KY 40513


MCL INDUSTRIES, INC
75 VAN WERT STREET
BUCHANAN, GA 30113


MCMASTER-CARR SUPPLY COMPANY
P.O. BOX 7690
CHICAGO, IL 60680-7690


MCVANTAGE PACKAGING, LLC
514 HWY 43 SOUTH
TUSCUMBIA, AL 35674


MEDIA REPAIR SERVICES
P.O. BOX 1305
DECATUR, AL 35602


METAL SUPERMARKET
848 NANDINO BLVD, UNIT V
LEXINGTON, KY 40511


METHODS MACHINE TOOLS, INC.
65 UNION AVE
SUDBURY, MA 01776


MH EQUIPMENT
4469 SOLUTIONS CENTER
CHICAGO, IL 60677-4004


MILACRON MARKETING COMPANY LLC
PO Box 945802
ATLANTA, GA 30394

Miller Stephenson
55 Backus Ave.
DANBURY, CT 06810


Morgan County Revenue Commissioner
PO Box 696
Decatur, AL 35602


Morgan Saylor
781 Enterprise Drive
Lexignton, KY 40510


MORRIS SOUTH, LLC
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7968


MOTION INDUSTRIES, INC.
P.O. BOX 404130
ATLANTA, GA 30384


MR GREEN-JEANS SERVICES LLC
1006 CLARKVIEW ST SW
DECATUR, AL 35601


MSC INDUSTRIAL SUPPLY CO.
P.O. BOX 953635
ST LOUIS, MO 63195-3635


Neutech Packaging System
2049 Mercer Road
LEXINGTON, KY 40511


NISSEI AMERICA, INC.
PO Box 31001-1742
PASADENA, CA 91110-174

NORCO METAL FINISHING, INC.
1536 ISLAND HOME AVE
KNOXVILLE, TN 37920


NORTH AMERICAN CARBIDE
5720 ELLIS ROAD
ORCHARD PARK, NY 14127-4192


NSF - International Strategic Registrati
PO Box 77000
DETROIT, MI 48277-1380


NU SIL TECHNOLOGY LLC
1050 CINDY LANE
CARPINTERIA, CA 93013


Oasis Solutions
9401 Williamsburg Plaza, Suite 101
LOUISVILLE, KY 40222


Office of the Fayette Co. Sheriff
P.O. Box 34148
LEXINGTON, KY 40588


Orchid Solutions
PO Box 270862
WEST HARTFORD, CT 06127


OXCO
P.O. BOX 33462
CHARLOTTE, NC 28233


P&S Products
2407 Mackinwood Drive
Lexington, KY 40510

P&S Products
4077 Peppertree Dr.
Lexington, KY 40513


P6 PRODUCTS, LLC
150 SANDY BEACH LN.
McDANIELS, KY 40152


Packaging Corporation of America
3840 Port Union Road
FAIRFIELD, OH 45014


Parmelee Wrench Co.
125 Jersey St
HARRISON, NJ 07029


Patton's inc
20 Monroe Drive
PELHAM, AL 35124


Paulo
1307 Rutledge Way
MURFREESBORO, TN 37129


PHILLIPS COMMERCIAL SERVICES
8500 TRIAD DRIVE
COLFAX, NC 27235


PHILLIPS CORPORATION/JEFFREYS DIVISION
P.O. BOX 405649
ATLANTA, GA 30384-5649


PLASTIC PROCESS EQUIPMENT, INC.
P.O. BOX 670425
NORTHFIELD, OH 44067-0425

PLASTICS INTERNATIONAL
7600 ANAGRAM DRIVE
EDEN PRAIRIE, MN 55344


POLYRAM
15000 Foundation Ave.
EVANSVILLE, IN 47725


PREMIER PACKAGING
3900 PRODUCE RD
LOUISVILLE, KY 40218


PT PTE LTD
51 GOLDHILL PLAZA #07-10/11
SINGAPORE,  308900


RAY'S PRECISION REPAIR
126 SPRINGVIEW DRIVE
STAMPING GROUND, KY 40379


Rental Men Calera
6210 Highway 31
CALERA, AL 35040


RJ YOUNG COMPANY INC.
P.O. BOX 306412
NASHVILLE, TN 37230-6412


ROEMBKE MFG & DESIGN, INC.
1580 BAKER DRIVE
OSSIAN, IN 46777


Safety-Kleen Systems, Inc
2221 Hwy 72 E
HUNTSVILLE, AL 35811

Saia Motor Freight
PO Box 730532
DALLAS, TX 75373


SHYCO WOOD PRODUCTS
110 COMMERCE BLVD
FRANKFORT, KY 40601


SMALLEY STEEL RING CO.
P.O. BOX 88663
CHICAGO, IL 60680


Southern Environmental Testing
2919 Fairgrounds RD SW
DECATUR, AL 35603


SPIROL INTERNATIONAL CORP.
P.O. BOX 6349
CAROL STREAM, IL 60197-6349


Staff Web
1045 Meadow Ridge Dr.
RICHMOND, KY 40475


STAR SU, LLC
P.O. BOX 771850
DETROIT, MI 48277-1850


STEPHEN GOULD CORPORATION
PO BOX 419816
BOSTON, MA 02241-9816


STERLING SPRING LLC
5432 W. 54TH STREET
CHICAGO, IL 60638

STRAW ELECTRIC, LLC
1036 INDUSTRY ROAD
LAWRENCEBURG, KY 40342


Suite Centric
5857 Owens Ave, Suite 300
CARLSBAD, CA 92008


SUPERIOR MACHINE & TOOL CO, INC
6911 TRAFALGAR STREET
FORT WAYNE, IN 46803


SYNERGY HANIL (S) POLYMERS TECH
33 UBI AVE. 3
VERTEX, SINGAPORE 408868


Synter Resource Group
PO Box 63247
NORTH CHARLESTON, SC 29419-3247


Telesian Technology, Inc.
49 Midgley Lane
WORCESTER, MA 01604-3564


Terrence McCall
716 Oak Street, NE
Decatur, AL 35601


Texas Comptroller
111 E. 17th Street
Austin, TX 78774-0100


THE MCPHERSON COMPANIES, INC.
P.O. BOX 890145
CHARLOTTE, NC 28289-045

THE VANGUARD GROUP
P.O. BOX 28067
NEW YORK, NY 10087


Thunderbird Manufacturing
1501 OAKTON ST.
ELK GROVE VILLAGE, IL 60007


Tony Parker
196 Woodland Ave.
TRINITY, AL 35673


Traffic Tech, Inc.
111 E. Wacker Drive, Ste 2500
CHICAGO, IL 60601


TRIPLE A FASTENER CO.
P.O. BOX 4627
LEXINGTON, KY 40544-4627


Ty Miles, Inc
9855 Derby Lane
WESTCHESTER, IL 60154-3707


ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204


United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231

Versa Tech Automation, LLC
1317 Chaill Drive
LEXINGTON, KY 40504


WARCO BILTRITE, LLC
1337 BRADEN COURT
ORANGE, CA 92868-1123


WS Electrical & Air Conditioning
PO Box 1627
DECATUR, AL 35602-1627


XOMETRY, INC
7951 CESSNA AVENUE
GAITHERSBURG, MD 20879


XTJ Prototyping
Room 403, U+ Development Center
Gushu 1rd, Bao'an District
SHENZEN CITY, CHINA


YAMAZEN
7871 Solution Center
CHICAGO, IL 60677


YRC FREIGHT
P.O. BOX 730375
DALLAS, TX 75373-0375

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Prudent American Technologies, Inc.** | § | Case No. _____ |
| | § | |
| | § | |
| Debtor(s) | § | Chapter    __11_____ |

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: _____    _____
Jay Rigby
Interim President & CEO
**Complete EIN:  83-1246732** _____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _____    _____
Howard Marc Spector, Attorney for Debtor